MARLON H. BATEMAN II (SBN 212496)
**LAW OFFICE OF MARLON H. BATEMAN II**
5701 LONETREE BLVD., STE. 102
ROCKLIN, CA 95675
(916) 626-3121
(916) 721-2711 FAX

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
–o0o–

| | |
|---|---|
| IN RE:<br><br>RONALD CLARK SMITH AND BETTY JO SMITH,<br><br>Debtors. | CASE NO. 10-28466<br><br>DCN: MHB-1<br><br>Chapter 7 |

**MOTION TO REOPEN CASE**

TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE:

Ronald Clark Smith and Betty Jo Smith (the "Debtors"), by and through their attorney, Marlon H. Bateman II, respectfully represent as follows:

1. On April 1, 2010, the Debtors filed a petition seeking relief under Chapter 7 of the Bankruptcy Code and an order for relief was entered.

2. On February 17, 2011, the Debtors received a discharge.

3. The bankruptcy case was closed on February 24, 2011.

4. This motion is made pursuant to Bankruptcy Code Section 350(b) and Federal Rules of Bankruptcy Procedure, Rule 5010 to reopen the case of the Debtors so

-1-

1     Debtors can file a motion to avoid certain liens of judgment creditors.

2     The Debtors respectfully request the Court to enter an order reopening the case so the

3     Debtors can file a Motion to Avoid a Lien.

5   Dated: November 1, 2017               **LAW OFFICE OF MARLON H. BATEMAN II**

/s/ Marlon H. Bateman II
MARLON H. BATEMAN II
Attorney for Debtors