1   MARLON H. BATEMAN II (SBN 212496)
**LAW OFFICE OF MARLON H. BATEMAN II**
2   5701 LONETREE BLVD., STE. 102
ROCKLIN, CA 95675
3   (916) 626-3121
(916) 721-2711 FAX

5   Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

–o0o–

| IN RE:<br><br>    RONALD CLARK SMITH AND BETTY JO SMITH,<br><br>    Debtors. | CASE NO. 10-28466<br><br>DCN: MHB-1<br><br>Chapter 7 |
|---|---|

PROOF OF SERVICE ON:

**MOTION TO REOPEN CASE**

**ORDER**

- 1 -

PROOF OF SERVICE

Matter: RONALD CLARK SMITH AND BETTY JO SMITH
In re: Case No. 10-28466

ATTORNEY'S CERTIFICATE OF SERVICE

I, Marlon H. Bateman II, certify:

I am and at all times mentioned herein was, an active member of the State Bar of California and not a party to the above entitled case. My business address is 5701 Lonetree Blvd., Ste. 102, Rocklin, CA 95765

On this date, I served the following document(s):

MOTION TO REOPEN CASE; ORDER

__XX__ by enclosing one copy thereof in a sealed envelope, with postage thereon fully prepaid. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and that said correspondence is deposited with the Postal Service at Rocklin, California, on the same day in the ordinary course of business. Said correspondence was addressed as follows:

United States Trustee
501 I Street, 7th Floor Room 500
Sacramento, California 95814

_____ by enclosing one copy thereof in a sealed envelope, with postage thereon fully prepaid and mailed by **Certified Mail**. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and that said correspondence was mailed from the United States Post Office at Rocklin California by **certified mail**. Said correspondence was addressed as follows:

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Dated: 10/07/2017        /s/ Marlon H. Bateman II

- 2 -

PROOF OF SERVICE