FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened (v.8.14)　　　　10–28466 – C – 7

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number:　　10–28466 – C – 7

Debtor Name(s) and Address(es):

Ronald Clark Smith
2511 Cypress Ct
Rocklin, CA 95765

Betty Jo Smith
2511 Cypress Ct
Rocklin, CA 95765

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:　12/12/17　　　　　　　　　　　Wayne Blackwelder
　　　　　　　　　　　　　　　　　　　Clerk of Court